# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

FILED
06/23/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[*This form is for a State prisoner to challenge one prison disciplinary proceeding. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.*]

| Name (under which you were convicted): James Ingram JR, IDOC# 145197 | Case No. [*For a new case in this court, leave blank. The court will assign a case number.*] 3:25-cv-00155-RLY-CSW |
|---|---|
| Place of Confinement : Branchville Correctional Facility | Earliest Possible Release Date: 05/06/2031 |

[Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court. NEATLY print in ink (or type) your answers.]

1. Name of facility holding the hearing: Branchville Correctional Facility
   Date of hearing: 01/17/2025. Case number: BTC-25-01-000037    Offense: Conspiracy- Aiding or abetting conspiracy/attempting aiding or abetting    Code # 240    Did you plead guilty? ○ Yes. ⊗ No.

2. Lost earned credit time? ○ No. ⊗ Yes, I lost 45 days earned credit time.
   Was the loss of earned credit time suspended? ⊗ No. ○ Yes, it was suspended until: ___/___/_____.
   If suspended, has it been imposed? ○ No. ⊗ Yes, it was imposed on: 1/17/2025.

3. Demoted in credit class? ○ No. ⊗ Yes, I was demoted from Class 1 to Class 2.
   Was the demotion suspended? ⊗ No. ○ Yes, it was suspended until: ___/___/_____.
   If suspended, has it been imposed? ○ No. ⊗ Yes, it was imposed on: ___/___/_____.

4. Appealed to the Superintendent? ○ No. ⊗ Yes, the result was: Appeal Denied

5. Appealed to Final Reviewing Authority? ○ No. ⊗ Yes, the result was: Denied  6. Previously challenged this disciplinary hearing in federal court? ⊗ No. ○ Yes, case number: _____

7. Are you paying the $5.00 filing fee? **YES**

   ⊗ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ○ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[*Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.*

**CAUTION**: *If you do not present every ground in this petition, you may be barred from doing so later.*]

**GROUND ONE**: [*Briefly describe your claim.*] I believe my **Fourteenth Amendment** has been violated by the above mentioned BCF staff, via (**DUE PROCESS/EQUAL PROTECTION**)

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

I have the right to present documentary evidence at my disciplinary hearing. So I did in fact present evidence, Video Evidence/ Camera Footage of the situation. This evidence was falsified by Ofc. Z. Fowler. I am requesting that a Judge take a look at this video to prove that I did not touch anyone. Ofc. Z. Fowler lied in his, Report of Disciplinary Hearing Video Evidence Review. I feel this false report was fabricated to find me guilty. 45 days of my freedom has been taken due to this disciplinary hearing. Amendment XIV states, "Nor shall any state deprive any person of life, liberty, or property without due process of law; nor deprive any person within its jurisdiction the equal protection of the laws." Even though I'm in prison I should still be afforded equal protection of the law. Ofc. Z. Fowler either made a huge mistake, or he did this intentionally so as to find me guilty. I do not believe it's a mistake. I believe that executive staff here at BCF were involved, and that led to, Ofc. Z. Fowler wanting, or being forced to find me guilty. I did not touch anyone in that video evidence. I am accused of pushing someone so as to keep them from being able to leave the restroom. I did not touch anyone, and this camera footage will vindicate me.

Did you present Ground One to the Final Reviewing Authority? ☒ Yes. ◯ No, because _____
_____.

**GROUND TWO**: [*Briefly describe your claim.*] WITNESS STATEMENT from, Ofd. Kyrie Walker

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

I have attached my witness statement from Offender Kyrie Walker. In this offenders statement he states, "Everyone was just playing. Regardless of the circumstances of the situation, I had nothing to do with this. I did not fight anyone, nor did I, Conspiracy- Aiding or abetting conspiracy/attempting aiding or abetting anyone. I just happened to be at the wrong place at the wrong time.

Did you present Ground Two to the Final Reviewing Authority? ☒ Yes. ◯ No, because _____
_____.

**GROUND THREE**: [*Briefly describe your claim.*] I believe my **Eighth Amendment** was violated, via **Cruel and Unusual Punishment**

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

I believe I can show cause that Ofc. Z. Fowler was deliberately indifferent to my personal needs and circumstances. He claims he saw me on camera footage push an offender that I did not touch. The XIII

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Amendment forbids inhumane treatment that violates concepts of decency. Recently, the court has used the "totality of circumstances" standard to determine if the prison conditions are in fact, cruel and unusual. I believe if a prison guard finds me guilty of a violation of IDOC policy, but it shows on camera footage that I didn't do what I'm accused of doing, then at that point I should be vindicated and found to NOT be guilty. Ofc. Z. Fowler knowingly disregarded an excessive risk of harm, Mental Anguish, and found me guilty of something I did not do. Then to top it off, he took 45 days of credit time, and a time class. That effects my life, my family's life, etc.

Did you present Ground Three to the Final Reviewing Authority? ⊗ Yes. ○ No, because _____

**GROUND FOUR:** [Briefly describe your claim.] <u>Ofc. Fowler Violated IDOC Policy and Procedure.</u>

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

IDOC Policy # 04-03-103-S. Conduct Unbecoming Staff was violated by Ofc. Z. Fowler, section 2. Overbearing, Oppressive, or Tyrannical conduct in discharge of duty; 3. Neglect of duty; 4. Acts of Incompetence; 5. Discourtesy or Insolence. This BCF staff person, Z. Fowler intentionally lied on his report to find me guilty. The fact that he did review the footage and still lied is unbelievable. He is in violation of all these IDOC policies.

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [Check all that apply.]

⊗ Report of Conduct
⊗ Screening Report
⊗ Report of Disciplinary Hearing
⊗ Letter from the Final Reviewing Authority
⊗ Other relevant documents: <u>IDOC policy's that were violated/Disciplinary appeal/witness statement/video evidence review</u>

## RELIEF

I ask for the following relief:

I would like this video evidence reviewed by an actual Judge, I believe a Honorable Judge will be fair. I want all grievance loss reinstated, or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on, 05/21/2025.

[Do not fill in this date and time until you give this petition to prison officials to send to the court.]

I declare under <u>penalty of perjury</u> that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

James Ingram Jr.
Signature

145197
Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Name: James Ingram
DOC # 145197  Location C-4-1
**BRANCHVILLE CORRECTIONAL FACILITY**
INDIANA DEPARTMENT OF CORRECTION
21390 OLD STATE RD 37
BRANCHVILLE, IN 47514-9042

This stamp identifies this correspondence as having been mailed by an offender incarcerated at the above named facility. Warning: Not responsible for contents. Any closed money orders should be referred to your local postmaster before cashing.

SF 49295 (R / 7-08)

LOUISVILLE KY 400
20 JUN 2025 PM 3 L
FIRST-CLASS
ZIP 47514 $000.69
02 7W
0008028330 JUN 18 2025

US District Court Southern
District of Indiana
US Federal Building, US Courthouse
46 E. Ohio Street
Indianapolis IN 46204

FILED
JUN 23 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

46204-191721